**Opinion issued May 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00017-CV

————————————

**GRENFELL, SLEDGE & STEVENS, P.L.L.C., Appellant**

**V.**

**JOHN M. O'QUINN & ASSOCIATES, PLLC D/B/A THE O'QUINN LAW FIRM AND JOHN M. O'QUINN & ASSOCIATES, LLP D/B/A O'QUINN, LAMINACK & PIRTLE, Appellees**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 392,247-410**

---

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.